Eastern District of Kentucky
FILED
JUL 14 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**LEXINGTON**

| | |
|---|---|
| DUANE and SAUNDRA SWANSON, | ) |
| | ) Civil Action No. 5:03-255-JMH |
| Plaintiffs, | ) |
| v. | ) |
| CENTRAL BANK & TRUST CO., et al., | ) **MEMORANDUM OPINION AND ORDER** |
| Defendants. | ) |

** ** ** ** **

This matter is before the Court on Plaintiffs' motion to strike Defendant Trans Union's Reply Memorandum [Record No. 189].

While the Court appreciates this matter being brought to its attention, the Court is completely capable of ascertaining what issues are and are not appropriate for inclusion in a party's reply memorandum. Therefore, the Court denies as moot Plaintiff's motion to strike Defendant's reply memorandum.

Accordingly,

**IT IS ORDERED**, that Plaintiffs' motion to strike Defendant's reply memorandum [Record No. 189] be, and the same hereby is, **DENIED AS MOOT**.

This is the 14th day of July, 2005.



Signed By:
*Joseph M. Hood*
United States District Judge